UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

KEITH P. BROWN and
ROBIN L. BROWN

Case No. 8:08-18130-KRM

_____Debtors._____/

### DEBTOR'S RESPONSE TO TRUSTEE'S MOTION FOR TURN OVER OF PROPERTY OF THE ESTATE (Docket No. 15)

The Debtors, Keith P. Brown and Robin L. Brown, by and through their undersigned attorney, Sheila D. Norman, files this Response to the Trustee's Motion for Turn Over of Property of the Estate and responds to the corresponding allegations as follows:

1. Admitted.

2. Denied.

3. Denied.

4. Denied.

WHEREFORE the Debtors pray that this Court schedule this matter for hearing and for such other and further relief as is just in the premises.

Sheila D. Norman, Esquire
NORMAN AND BULLINGTON, P.A.
1905 W. Kennedy Blvd.
Tampa, FL 33606
(813) 251-6666
Attorney for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic notification or U.S. Mail to Stephen Meininger, Trustee, 707 North Franklin Street, Suite 850, Tampa, Florida 33602; United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602; Keith and Robin Brown, 6127 Piedmont Drive, Spring Hill, Florida 34606 on this 28nd day of January, 2009.

_____
Sheila D. Norman, Esquire